UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 1/7/14.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00230 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| ROBERT STEVEN POLLORENO | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Comes Robert Polloreno, through counsel, and moves this Honorable Court for an extension of thirty (30) days to file pretrial motions.

As cause, counsel for Mr. Polloreno states that he has not had an opportunity to review and discuss the discovery with Mr. Polloreno. Additional time is needed to complete the investigation of this matter, to thoroughly evaluate this case, and to determine which, if any, pretrial motions should be filed.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable S. Carran Daughtrey, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP